Richard K. Diamond [State Bar No. 070634]
jvidaurri@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re

INLAND GLOBAL MEDICAL GROUP INC
INDEPENDENT PHYSICIANS OF SAN

Debtor.

) Case No. 6:02-bk-26263-CB
) Chapter 7
)
)
)
) REPORT OF TRUSTEE UNDER RULE
) 3011
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No.1234 in the sum of $385.15 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: September 2, 2010

Richard K. Diamond
Chapter 7 Trustee

FILED
SEP 03
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT OF CALIFORNIA

RECEIVED
IN R.S.
SEP 10 2010

-1-

## ATTACHMENT NO. 2

### LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:    Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:

AMOUNT/BALANCE TO DISTRIBUTE: $385.15

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 000033 | CALIFORNIA FOOTHILLS MEDICAL ASSOC<br>10837 LAUREL STREET, # 202<br>RANCHO CUCAMONG, CA 91730 | $33,423.55 | $10,054.88 | $6.45 |
| 000037 | AGNES CREGAR ANESTHESIA SVCS<br>6601 WHITE FEATHER ROAD<br>JOSHUA TREE, CA 92252-6607 | $34.70 | $0.00 | $10.45 |
| 000091 | CITRUS MEDICAL IMAGING ASSOC INC<br>1115 S. SUNSET AVE.<br>WEST COVINA, CA 91790 | $777.00 | $0.00 | $233.75 |
| 000114 | SUNIL SAINI M D<br>1030 E FOOTHILL BLVD 101<br>UPLAND, CA 91786 | $42,486.76 | $12,781.39 | $8.20 |
| 000124 | LOMA LINDA UNIVERSITY MEDICAL CENTE<br>SCHILT & HEINRICH LLP<br>11165 MOUNTAIN VIEW AVE STE 121<br>LOMA LINDA, CA 92354 | $252,196.98 | $75,868.98 | $48.70 |
| 000136 | Glenn Neil Ledesma MD<br>c/o Polis & Associates<br>19900 MacArthur Blvd Ste 960<br>Irvine CA 92612-8420 | $401,863.70 | $120,893.55 | $77.60 |
| | TOTALS: | $730,782.69 | $219,598.80 | $385.15 |
| | CASE NUMBER: | 6:02-bk-26263-CB | | |
| | CASE NAME: | INLAND GLOBAL MEDICAL GROUP INC | | |

* Total also includes employee taxes withheld.